IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Hurley Oil Properties, Inc., and Bill L. Seerup,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Mark Hiepler, as Successor Trustee of the Orville G. Hiepler and Florence L. Hiepler Family Trust dated January 9,1997,<br><br>　　　　Defendant. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:21-cv-085 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on July 12, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 13th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Clare R. Hochhalter
　　　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court