# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Hurley Oil Properties, Inc., and Bill L. Seerup, | ) ) ) | |
| Plaintiff(s), | ) ) | **ORDER ADOPTING STIPULATION TO AMEND SCHEDULING/ DISCOVERY PLAN** |
| vs. | ) ) | |
| Mark Hiepler, as Successor Trustee of the Orville G. Hiepler and Florence L. Hiepler Family Trust dated January 9, 1997, | ) ) ) | Case No. 1:21-cv-085 |
| Defendant(s). | ) ) | |

On October 15, 2021, the parties filed a Stipulation to Amend Scheduling/Discovery Plan.

The court **ADOPTS** the parties' stipulation (Doc. No. 17) and amends the pretrial deadlines as

follows:

1.      The parties shall, on or before November 12, 2021, produce electronic copies of

documents identified in their Rule 26(a)(1) initial disclosures; and

2.      The parties shall have until December 17, 2021, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2021.

                                        */s/ Clare R. Hochhalter*
                                        Clare R. Hochhalter, Magistrate Judge
                                        United States District Court