# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Hurley Oil Properties, Inc., and Bill L. Seerup, )<br>)<br>) **ORDER**<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Mark Hiepler, as Successor Trustee of the )<br>Orville G. Hiepler and Florence L. Hiepler ) Case No. 1:21-cv-085<br>Family Trust dated January 9, 1997, )<br>)<br>Defendant. ) | |

The final pretrial conference scheduled for April 14, 2022, and the bench trial scheduled for May 3, 2022, are cancelled pending the court's ruling on the parties motions for summary judgment. They shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 12th day of April, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court