# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Hurley Oil Properties, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Mark Hiepler, as Successor Trustee ) | |
| of the Orville G. Hiepler and ) | |
| Florence L. Hiepler Family Trust ) | Case No. 1:21-cv-085 |
| dated January 9, 1997, ) | |
| ) | |
| Defendants. ) | |

On September 12, 2023, the parties filed a joint request for a status conference on their pending Cross-Motions for Summary Judgment. (Doc. No. 32). The court **GRANTS** the parties' request (Doc. No. 32) and shall schedule a status conference for September 21, 2023, at 10:00 AM CDT by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 14th day of September, 2023.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court